UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IAN A. WOODS,<br>#1005295<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Defendants. | 2:13-cv-01029-APG-NJK<br><br>**ORDER** |

    Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, moves the court for a second time to have his prison copywork limit increased (ECF No. 7). Plaintiff has already been granted a $20 increase to his copy limit. *See* Screening Order (ECF No. 3). Since that time, he has filed an amended complaint which is 19 pages in length, which does not account for expenditure of the money already granted.

    The renewed motion seeks an increase to $200, an additional $80, on the basis that "Plaintiff will need to Amend his complaint when need be," and he will require copies of that amended complaint for himself and for the court. *See* Motion, at 2. The motion shall be denied without prejudice at this time. Plaintiff has not provided adequate justification for an order at this time. His need is not actual, but hypothetical, as the Court has not screened his amended complaint or directed further amendment.

**IT IS THEREFORE ORDERED** that the motion to extend copywork (ECF No. 7) is **DENIED.**

DATED this 7th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

2