UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IAN A. WOODS, | 2:13-cv-01029-APG-NJK |
| Plaintiff, | |
| vs. | **ORDER** |
| AARON BROWN, *et al.*, | (Docket No. 29) |
| Defendants. | |

Pending before the Court is Plaintiff's motion for the Court to provide him copies of his supplemental complaint and exhibits thereto. *See* Docket No. 29. Defendants oppose the motion and Plaintiff filed a reply. Docket Nos. 32, 34. The Court addresses substantially similar issues in the order issued concurrently herewith resolving the motion at Docket No. 28. For the same reasons stated therein, Plaintiff has failed to show a specific need for the copies requested from the Court and Plaintiff's request that the Court send him copies is hereby **DENIED**.

IT IS SO ORDERED.

DATED: November 18, 2014

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE