1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| IAN A. WOODS, | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-01029-APG-NJK |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| STATE OF NEVADA, et al., | ) | |
| | ) | (Docket No. 51) |
| Defendant(s). | ) | |
| | ) | |

16   Pending before the Court is Defendants' motion to extend the deadline to file dispositive

17   motions. Docket No. 51. Plaintiff filed a response in opposition and Defendants filed a reply.

18   Docket Nos. 60, 66. The Court finds this matter properly resolved without oral argument. *See* Local

19   Rule 78-2. The Court may extend deadlines in the scheduling order upon a showing of good cause.

20   *See, e.g.*, Local Rule 26-4. Moreover, when a request for an extension is filed less than 21 days

21   before the expiration of a subject deadline, then an additional showing of excusable neglect must be

22   made. *See id.* The Court finds that good cause and excusable neglect have been shown and,

23   therefore, **GRANTS** the motion to extend.

24   All aspects of the Court's scheduling order remain in full effect, except that the Court hereby

25   **AMENDS** the scheduling order as follows:

26   //

27   //

28   //

1   Motions for summary judgment shall comply with the requirements of LR 56-1 and shall be

2   filed and served no later than **April 6, 2015**.

3   IT IS SO ORDERED.

4   DATED: March 6, 2015

5   _____

    NANCY J. KOPPE

6   United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28