**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IAN A. WOODS, | Case No. 2:13-cv-01029-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| AARON BROWN, et al., | (Docket Nos. 54, 55) |
| Defendant(s). | |

Pending before the Court are two discovery-related motions filed by Plaintiff, in which he argues that Defendants failed to provide all discovery requested and failed to comply with the scheduling order. Docket Nos. 54, 55.[1] Plaintiff seeks, *inter alia*, an award of $3,000 for his "reasonable expenses" in bringing his motion. *See id.* at 3. Defendants filed a response in opposition, arguing that Plaintiff failed to indicate that he conducted a sufficient meet-and-confer prior to filing his motion and that Defendants had mailed their discovery responses. Docket No. 56. According to Defendants, they have now "responded to each outstanding discovery request." *Id.* at 3. Defendants also assert that the imposition of sanctions is unjust given that they have complied with the discovery requests, and that Plaintiff suffered no prejudice. *See id.* at 5. Plaintiff's reply asserts that he did attempt to confer with an assistant working at the Attorney

---

[1] As a *pro se* prisoner, the Court construes Plaintiff's filings liberally. *See, e.g.*, *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1  General's Office and that some discovery remains outstanding notwithstanding Defendants' responses. *See*
2  Docket No. 64 at 3, 6.
3      The Court hereby **ORDERS** the parties to meet-and-confer on the discovery that Plaintiff asserts
4  remains outstanding. *See* Docket No. 64 at 6. Defendants' counsel shall promptly arrange such a meet-and-
5  confer. Defendants' counsel shall further file a joint status report regarding any disputed discovery no later
6  than March 23, 2015. To the extent necessary to complete discovery, the parties may at that time request
7  an extension to the current deadline for the filing of motions for summary judgment. *See* Docket No. 67
8  (providing deadline for summary judgment motions of April 6, 2015). With respect to any other discovery
9  dispute raised in the pending motions, the motions are hereby **DENIED** as moot. With respect to Plaintiff's
10 request for sanctions, the Court finds them not properly imposed in the circumstances and **DENIES** that
11 request.
12     IT IS SO ORDERED.
13     DATED: March 11, 2015

                                                                               NANCY J. KOPPE
                                                                               United States Magistrate Judge