UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IAN A. WOODS,<br><br>            Plaintiff(s),<br><br>vs.<br><br>AARON BROWN, et al.,<br><br>            Defendant(s). | 2:13-cv-01029-APG-NJK<br><br>**ORDER DENYING MOTION**<br><br>(Docket No. 61) |

   Pending before the Court is Plaintiff's motion to extend his copy work limit to $100. Docket No. 61. Defendants filed a response in opposition and Plaintiff filed a reply. Docket Nos. 73, 80. The motion is hereby DENIED without prejudice. First, following the filing of the motion, Plaintiff was provided (belatedly) the $20 extension previously ordered. Plaintiff fails to sufficiently explain why that extension is not sufficient. Second, the Court previously indicated it would look with disfavor on additional extensions. Docket No. 42 at 2. To that end, the Court required that in any further requests Plaintiff shall "specifically identify how he has spent the money allotted so far, and shall explain in more detail his expected future copying requirements." *Id.* Plaintiff failed to comply.

   IT IS SO ORDERED.

   DATED: April 6, 2015

                                                                     _____
                                                                     NANCY J. KOPPE
                                                                     UNITED STATES MAGISTRATE JUDGE