UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IAN A. WOODS, | 2:13-cv-01029-APG-NJK |
| Plaintiff, | |
| vs. | **ORDER** |
| AARON BROWN, *et al.*, | (Docket No. 57) |
| Defendants. | |

Pending before the Court is Plaintiff's motion for an order requiring compliance with the Court's prior order for a $20 copy work extension, as well as for sanctions. *See* Docket No. 57. Defendants filed a response that, due to an apparent error by the previously-assigned deputy attorney general, the prison had not been given a copy of the Court's order and was unaware of it. *See* Docket No. 70. Defendants further respond that the $20 has now been provided. *See id.* In reply, Plaintiff provides a declaration indicating that he personally provided the prison law library with the Court's order but that they refused to comply. *See* Docket No. 78. The Court hereby ORDERS Defendants to file, no later than April 13, 2015, a supplemental response regarding that contention. Plaintiff is not permitted to file any additional papers with respect to this motion absent further Court order.

IT IS SO ORDERED.

DATED: April 6, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE