**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| IAN A. WOODS, | Case No. 2:13-CV-01029-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| STATE OF NEVADA, *et al.*, | (Dkt. #59) |
| Defendants. | |

Plaintiff Ian Woods filed a motion to "require[] joinder of parties." (Dkt. #59 at 1.) Substantively, Woods' motion is a motion to amend his complaint to add Bonnie Howard as a defendant in this action. Woods did not attach the proposed amended complaint to his motion as required by Local Rule 15-1(a). Absent his proposed amended complaint, I cannot determine whether amendment to add Bonnie Howard is appropriate.

IT IS THEREFORE ORDERED that plaintiff Ian Woods' motion (Dkt. #59) is denied without prejudice to properly re-refile the motion.

DATED this 29th day of April, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE