**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| IAN A. WOODS,<br><br>            Plaintiff,<br><br>      v.<br><br>STATE OF NEVADA, *et al.*,<br><br>            Defendants. | Case No. 2:13-CV-01029-APG-NJK<br><br>**ORDER GRANTING NEWLY APPOINTED COUNSEL TIME TO RESPOND TO THE ORDER TO SHOW CAUSE**<br><br>(Dkt. #127) |

On September 10, 2015, I directed plaintiff Ian Woods to show cause why his claims against defendants Brian Sandoval, Ross Miller, Cheryl Burson, L. Thompson, Timothy Filson, Espinoza, A. Roper, William Tate, Sgt. Wilson, J. Gentry, Frank Dreesen, G. Lambey, Yates, Johnson, S. Brooks, T. Carlman, and Ledingham should not be dismissed for failure to serve and for failure to prosecute because there is no evidence Woods ever served these defendants with the amended complaint. (Dkt. #127.) I also referred this matter to the Pro Bono Program. (*Id.*) Woods timely responded to the order to show cause. (Dkt. #130.)

After Woods responded, an attorney was appointed to represent him in this matter. (Dkt. #131.) In light of his recent appointment in this case, I will grant counsel 45 days to supplement Woods' response to the order to show cause if counsel believes a supplement is warranted. Additionally, I direct the parties to file a proposed joint pretrial order by December 18, 2015.

IT IS THEREFORE ORDERED that Travis Barrick, as newly appointed counsel for plaintiff Ian Woods, may supplement Woods' response to the order to show cause within 45 days from the date of this order.

IT IS FURTHER ORDERED that the parties shall file a proposed joint pretrial order in compliance with the Local Rules by December 18, 2015.

DATED this 9th day of October, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE