UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| IAN WOODS, | ) | |
| | ) | Case No. 2:13-cv-01029-APG-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STATE OF NEVADA, et al., | ) | (Docket No. 135) |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is Defendants' motion to continue the date of the settlement conference. Docket No. 135. Plaintiff has filed a notice of non-opposition. Docket No. 136. For good cause shown, the settlement conference is hereby **CONTINUED** to January 29, 2015, at 9:00 a.m. The parties shall submit their settlement statements as outlined in Docket No. 134 no later than January 22, 2015, at 4:00 p.m. Defendants' counsel is further **INSTRUCTED** to coordinate with the undersigned's courtroom deputy, Ari Caytuero, to facilitate Plaintiff's telephonic appearance at the settlement conference. Mr. Caytuero can be reached at 702-464-5566. Except as otherwise specified above, the order at Docket No. 134 continues to govern the settlement conference.

IT IS SO ORDERED.

DATED: November 9, 2015

_____
Nancy J. Koppe
United States Magistrate Judge