1

```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA


IAN A. WOODS,                    )
           Plaintiff,            )   Case No. 2:13-cv-1029-APG-NJK
                                 )
     vs.                         )
                                 )      ORDER TEMPORARILY
STATE OF NEVADA, ET AL.,         )      UNSEALING NOTES
           Defendants.           )
_____ )
```

On 3-15-2016, Heather K. Newman, Transcriber, received a Transcript Order form requesting a transcript of the Settlement Conference, held on Friday, 1-29-2016, from Frank A. Toddre, II, in which the hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Frank a. Toddre, II.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this **18th** day of **March**, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge