ADAM PAUL LAXALT
Nevada Attorney General
FRANK A. TODDRE II
Deputy Attorney General
Nevada Bar No. 11474
Office of the Attorney General
Bureau of Litigation
Public Safety Division
555 E. Washington Ave., Suite 3900
Las Vegas, Nevada 89101
Phone: (702) 486-3149
Facsimile: (702) 486-3773
Email: ftoddre@ag.nv.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IAN A. WOODS,<br><br>        Plaintiff,<br><br>v.<br><br>AARON BROWN, et al.,<br><br>        Defendants. | Case No. 2:13-cv-01029-APG-NJK<br><br>**PARTIES' STIPULATION OF DISMISSAL OF PLAINTIFF'S CIVIL ACTION WITH PREJUDICE** |

It is stipulated and agreed by and between Plaintiff, Ian A. Woods, by and through counsel, Travis N. Barrick, Esq., and Defendants Aaron Brown and Rashonda Smith, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Frank A. Toddre II, Deputy Attorney General, (collectively "Parties") that the plaintiff's above-captioned civil action shall be dismissed, with prejudice, each party to bear his or her own costs. A settlement was

///

///

///

///

///

///

- 1 -

reached on January 29, 2016.  (ECF No. 139).  The Settlement Agreement has been signed by all appropriate parties.

DATED March 29, 2016.                                          DATED March 29, 2016.

                                                                           ADAM PAUL LAXALT
                                                                           Nevada Attorney General

/s/ Travis N. Barrick                                                   By: */s/ Frank A. Toddre II*
Travis N. Barrick, Esq.                                             Frank A. Toddre II
Gallian Welker & Beckstrom, L.C.                            Deputy Attorney General

*Attorney for Plaintiff*                                              *Attorneys for Defendants*


IT IS SO ORDERED.                                                  DATED March 29th 2016.




                                                                           UNITED STATES DISTRICT JUDGE

Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101-1068